**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6149**

---

WILLIAM ALLEN LEGG,

Plaintiff - Appellant,

versus

STATE OF MARYLAND,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-99-3765-DKC)

---

Submitted:  May 11, 2000          Decided:  May 18, 2000

---

Before MURNAGHAN, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William Allen Legg, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Allen Legg appeals the district court's order dismissing his mandamus petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Legg v. Maryland, No. CA-99-3765-DKC (D. Md. Dec. 29, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED